# Court of Appeals
# of the State of Georgia

ATLANTA,  May 16, 2019

*The Court of Appeals hereby passes the following order:*

## A19A1937, A19A1938, A19A1939, A19A1940, A19A1941, A19A1942. BRADLEY ZACH WOLCHUK v. THE STATE.

On February 25, 2019, Bradley Zach Wolchuk pled guilty to three counts of theft by taking, three counts of interference with government property, criminal attempt to commit a felony, unlawful acts of violence in a penal institution, and forgery in the third degree.  On March 7, 2019, Wolchuk filed motions to set aside, seeking the withdrawal of his guilty plea and requesting that the court vacate his sentences, which remain pending in the trial court.  Wolchuk then filed notices of appeal from his convictions in each case on April 1, 2019.  We, however, lack jurisdiction over his direct appeals.

A notice of appeal must be filed within 30 days of the entry of an appealable judgment. OCGA § 5-6-38 (a).  The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995).  Here, Wolchuk's notices of appeal were filed 35 days after entry of the court's order.  Accordingly, these direct appeals are untimely and are hereby DISMISSED.

To the extent that Wolchuk's right to appeal has been frustrated by errors of counsel, he may be entitled to an out-of-time appeal. See *Rowland,* 264 Ga. at 875-876 (2).  He therefore is informed of the following in accordance with *Rowland*:  This appeal has been dismissed because you failed to file a timely notice of appeal. If you still wish to appeal, you may petition the trial court for leave to file an out-of- time appeal. If the trial court grants your request, you will have 30 days from the entry of that order to file a notice of appeal referencing your conviction. If the trial court

denies your request, you will have 30 days from the entry of that order to file a notice of appeal referencing the denial of your request for an out-of-time appeal. The clerk of court is DIRECTED to send a copy of this order to Wolchuk as well as to Wolchuk's attorney, who is also DIRECTED to send a copy to Wolchuk.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __05/16/2019__
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_ *, Clerk.*